| | |
|---|---|
| 1 | Michael E. Zeliger (SBN 271118) |
| 2 | michael.zeliger@klgates.com |
|   | Jackson Ho (SBN 270695) |
| 3 | jackson.ho@klgates.com |
|   | Ranjini Acharya (SBN 290877) |
| 4 | ranjini.acharya@klgates.com |
|   | K&L GATES LLP |
| 5 | 630 Hansen Way |
|   | Palo Alto, CA  94304 |
| 6 | Telephone: 650.798.6700 |
|   | Facsimile:  650.798.6701 |

David A. Simons (*pro hac vice*)
david.simons@klgates.com
K&L GATES LLP
One Lincoln Street
Boston, MA  02111
Telephone: 617.261.3100
Facsimile:  617.261.3175
K&L GATES LLP

Attorneys for Defendants AUCTIVA CORPORATION and VENDIO SERVICES, INC.

[*Additional counsel listed on signature page*]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| AUCTION ACCELERATION CORP., <br><br> Plaintiff, <br><br> v. <br><br> EBAY, INC., and AUCTIVA CORPORATION, <br><br> Defendants. | Case No.   5:14-CV-04045 EJD <br> Case No.   5:14-CV-04046 EJD <br><br> **STIPULATED NOTICE OF PENDING SETTLEMENT** <br><br> Date:   July 9, 2015 <br> Time:   10:00 a.m. <br> Judge:  Hon. Edward J. Davila <br> Courtroom: 4 |
| AUCTION ACCELERATION CORP., <br><br> Plaintiff, <br><br> v. <br><br> EBAY, INC., and VENDIO SERVICES, INC., <br><br> Defendants. | |

- 1 -
**STIPULATED NOTICE OF PENDING SETTLEMENT; CASE NO. 5:14-CV-04045 EJD; 5:14-CV-04046 EJD**

1  WHEREAS as of July 2, 2015, Plaintiff Auction Acceleration Corp. and Defendants eBay Inc., Auctiva Corporation, and Vendio Services, Inc. have agreed to enter into a Settlement Agreement with respect to the above-captioned actions;

WHEREAS the parties are in the process of performing certain obligations pursuant to the Settlement Agreement;

WHEREAS the said obligations are to be completed before July 9, 2015;

NOW, THEREFORE, it is hereby stipulated and agreed by and between the parties that, upon the completion of certain obligations under the Settlement Agreement, and on or before July 9, 2015, Plaintiff Auction Acceleration Corp., shall file a notice of dismissal of the above-captioned actions.

**IT IS SO STIPULATED.**

Dated: July 2, 2015

*/s/ Timothy E. Grochocinski*
W. Paul Schuck, (SBN 203717)
pschuck@bzbm.com
Sony B. Barari, (SBN 243379)
sbarari@bzbm.com
BARTKO, ZAMKEL, BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Timothy E. Grochocinski (pro hac vice)
teg@innovalaw.com
Joseph P. Oldaker (pro hac vice)
joldaker@innovalaw.com
15020 S. Ravinia Ave. Suite 29
Orland Park, Illinois 60462
Telephone: (708) 675-1975
Facsimile: (708 (675-1786

Attorneys for Plaintiff AUCTION ACCELERATION CORP.

| | |
|---|---|
| Dated:  July 2, 2015 | */s/ Jennifer S. Coleman* |
| | John V. Picone III, Bar No. 187226 |
| | jpicone@hopkinscarley.com |
| | Jennifer S. Coleman, Bar No. 213210 |
| | jcoleman@hopkinscarley.com |
| | Aleksandr Korzh, Bar No. 286613 |
| | akorzh@hopkinscarley.com |
| | HOPKINS & CARLEY |
| | A Law Corporation |
| | The Letitia Building |
| | 70 South First Street |
| | San Jose, CA 95113-2406 |
| | |
| | Telephone: (408) 286-9800 |
| | Facsimile: (408) 998-4790 |
| | |
| | Attorneys for Defendant EBAY INC. |
| | |
| Dated:  July 2, 2015 | By:  */s/ Michael E. Zeliger* |
| | Michael E. Zeliger |
| | David A. Simons |
| | Jackson Ho |
| | Ranjini Acharya |
| | |
| | K&L GATES LLP |
| | |
| | Attorneys for Defendants AUCTIVA CORPORATION and VENDIO SERVICES, Inc. |

### **CERTIFICATION PURSUANT TO CIV. L.R. 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from the signatories for whom a signature is indicated by a conformed signature (/s/).  I have on file records to support this concurrence for production for the Court if so ordered.

| | |
|---|---|
| Dated: July 2, 2015 | */s/ Ranjini Acharya* |
| | Ranjini Acharya |

- 3-

**STIPULATED NOTICE OF PENDING SETTLEMENT; CASE NO. 5:14-CV-04045 EJD; 5:14-CV-04046 EJD**